IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WRITE START EARLY CHRISTIAN EDUCATION CENTER, LLC | * | CASE NO. 3:19-cv-141 |
| | * | JUDGE WALTER H. RICE |
| Plaintiff, | | |
| vs. | * | |
| NATIONAL FIRE & MARINE INSURANCE | * | |
| | * | |
| Defendant. | | |

## ORDER GRANTING EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

This matter having come before the Court on Plaintiff's Agreed Motion for an Extension of Time of seven days, until June 10, 2019, in which to file its response to Defendant's Motion to Dismiss, and the Court being sufficiently advised that Plaintiff's counsel has solicited and received Defendant's counsel's consent pursuant to Local Rule 7.3(a), the Court finds the motion well-taken, and hereby grants Plaintiff's motion. Plaintiff shall file its Response to the Motion to Dismiss on or before June 10, 2018.

SO ORDERED:

Walter H. Rice
UNITED STATES COURT DISTRICT JUDGE

1